# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jian Ren He

                          Plaintiff,

v.                                           Case No.: 1:19−cv−03300
                                                      Honorable Martha M. Pacold

Midwest Orthopaedics at Rush, LLC

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 3, 2021:

      MINUTE entry before the Honorable Martha M. Pacold: Pursuant to the Stipulation to Dismiss [60] filed by the parties on 8/3/2021, Plaintiff's individual claims against Defendant Midwest Orthopaedics at Rush, LLC are dismissed with prejudice and without costs; Plaintiff's class claims against Defendant Midwest Orthopaedics at Rush, LLC are dismissed without prejudice and without costs; and Plaintiff's claims against John Does 1−10 are dismissed without prejudice and without costs. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.